Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>PLAINTIFF,<br><br>VS.<br><br>HECTOR ANTONIO ORELLANA, ET AL.<br><br>DEFENDANTS. | CASE NO. 4:08-cv-~~03542~~-CW    5468<br><br>Order ~~(Proposed)~~ |

**ORDER** ~~(Proposed)~~

**IT IS HEREBY** ordered that the Case Management Conference in the above-entitled action is hereby continued from 2:00 p.m., Tuesday, March 10, 2009, to 2:00 p.m., Tuesday, March 24, 2009 at 2:00 p.m.

The Parties shall file a Joint Case Management Conference Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. 08-cv-03542 CW
PAGE 1

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

*[signature: Claudia Wilken]*                                                                 3/9/09

_____        Dated: _____
**Honorable Claudia Wilken**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,**
**CASE NO. 08-cv-03542 CW**
**PAGE 2**

**PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 6, 2009, I served:

**ORDER (PROPOSED)**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Bruce C. Piontkowski, Esquire | Attorneys for Defendants: |
| **TINGLEY PIONTKOWSKI, LLP.** | Hector Antonio Orellana |
| 10 Almaden Blvd., Suite 430 | Oscar A. Orellana, and |
| San Jose, CA 95113 | 1 Production SF, LLC |
| Fax: (408) 283-7010 | |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 6, 2009, at South Pasadena, California.

Dated: March 6, 2009                                             */s/ Sarah Chesshir*_____
                                                                                       SARAH CHESSHIR