1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
7  J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>PLAINTIFF,<br><br>VS.<br><br>HECTOR ANTONIO ORELLANA, ET AL.<br><br>DEFENDANTS. | CASE NO. 4:08-cv-~~03542~~-CW  5468<br>ORDER GRANTING<br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J&J Sports Productions, Inc., and Defendants Hector Antonio Orellana, Oscar A. Orellana, and 1 Productions SF, LLC, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference in this action, presently set for Tuesday, March 24, 2009 at 2:00 p.m. to a new date of Tuesday, April 21, 2009 at 2:00 p.m.

This brief extension of time is mutually requested by the parties for the following reasons:

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. 08-cv-03542 CW
PAGE 1

1. Defendants' Hector Antonio Orellana, Oscar A. Orellana, and 1 Production SF, LLC have only recently responded to the complaint Plaintiff filed in the instant action (on Tuesday March 3, 2009).

2. Plaintiff's counsel was out of town on Monday, March 2, 2009 until Wednesday March 4, 2009 and did not have the opportunity to confer with Defendant counsel until late in the afternoon Thursday, March 5, 2009.

3. During the telephonic conference, by counsel for the Plaintiff and the Defendants, several issues bearing upon settlement were actively discussed. In addition, Defendants' counsel requested that Plaintiff's counsel provide a true and correct copy of the investigative report detailing the alleged unlawful exhibition of the Plaintiff's *Program* and Plaintiff's counsel agreed to do so. Plaintiff's counsel offered to forward a settlement demand, and the Defendants' counsel agreed to review and consider same.

4. Due to pressing litigation matters (and the fact that Plaintiff's counsel had knee surgery earlier this week), Plaintiff's counsel has not yet had the opportunity to forward the above referenced documents to Defendant's counsel as originally anticipated, however, Plaintiff's counsel will do so early next week.

///
///
///
///
///
///
///
///
///

1  **WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY
2  REQUESTED BY THE PARTIES** that this Honorable Court reschedule the Case
3  Management Conference to a new date of Tuesday, April 21, 2009, at 2:00 p.m.

Respectfully submitted,

Dated: March 20, 2009

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J&J Sports Productions, Inc.

Dated: march 20, 2009

**TINGLEY PIONTKOWSKI LLP.**
By: Bruce C. Piontkowski
Attorneys for Defendants
Hector Antonio Orellana,
Oscar A. Orellana, and
1 Production SF, LLC

///
///
///
///
///
///
///
///



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 20, 2009, I served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Bruce C. Piontkowski, Esquire<br>**TINGLEY PIONTKOWSKI, LLP.**<br>10 Almaden Blvd., Suite 430<br>San Jose, CA 95113<br>Fax: (408) 283-7010 | Attorneys for Defendants:<br>Hector Antonio Orellana<br>Oscar A. Orellana, and<br>1 Production SF, LLC |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 6, 2009, at South Pasadena, California.

Dated: March 20, 2009                     /s/ Maria Baird
                                          Maria Baird

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. 08-cv-03542 CW
PAGE 4