| | |
|---|---|
| 1 | CURTIS R. TINGLEY (SBN112322) |
|   | ctingley@tingleyllp.com |
| 2 | BRUCE C. PIONTKOWSKI (SBN 152202) |
|   | bpiontkowski@tingleyllp.com |
| 3 | JONATHAN A. McMAHON (SBN 239370) |
|   | jmcmahon@tingleyllp.com |
| 4 | TINGLEY PIONTKOWSKI LLP |
|   | 10 Almaden Boulevard, Suite 430 |
| 5 | San Jose, California 95113 |
|   | Telephone:    (408) 283-7000 |
| 6 | Facsimile:     (408) 283-7010 |

Attorneys for Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPULCO; 1 PRODUCTION SF, LLC, dba ROCCAPULCO

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  CV08-5468 CW |
| Plaintiff, | **STIPULATION TO CONTINUE ADR SESSION DEADLINE; ORDER** |
| v. | |
| HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPUCLO; and 1 PRODUCTION SF, LLC, an unknown entity dba ROCCAPUCLO, | |
| Defendants. | |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPULCO, and 1 PRODUCTION SF, LLC, hereby STIPULATE to the ADR session deadline being continued for ninety (90) days.

The parties mutually request a continuation of the ADR deadline as counsel and the parties were unavailable for the dates provided.

/ / /

/ / /

74A5FBE7.doc

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

**STIPULATION TO CONTINUE ADR DEADLINE
CASE NO. CV08-5468 CW**

IT IS SO STIPULATED.

Dated:  June 24, 2009                         LAW OFFICES OF THOMAS P. RILEY


                                              By: /s/ Thomas P. Riley
                                                  THOMAS P. RILEY
                                                  Attorneys for Plaintiff


Dated:  June 22, 2009                         TINGLEY PIONTKOWSKI LLP


                                              By: /s/ Bruce C. Piontkowski
                                                  BRUCE C. PIONTKOWSKI
                                                  Attorneys for Defendants


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /s/ within this e-filed document.

Dated:  June 22, 2009                         TINGLEY PIONTKOWSKI LLP


                                              By: /s/ Bruce C. Piontkowski
                                                  BRUCE C. PIONTKOWSKI
                                                  Attorneys for Defendants


**ORDER**

IT IS HEREBY ORDERED that the deadline to conduct the ADR session be continued for ninety (90) days.  The ADR session must occur no later than September 21, 2009.

IT IS SO ORDERED.

Dated: June _29__, 2009                       _____
                                              Honorable Claudia Wilken
                                              U.S. DISTRICT COURT JUDGE