1  CURTIS R. TINGLEY (SBN112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:   (408) 283-7000
6  Facsimile:   (408) 283-7010

7  Attorneys for Defendants HECTOR ANTONIO
   ORELLANA and OSCAR A. ORELLANA, individually
8  and dba ROCCAPULCO; 1 PRODUCTION SF, LLC,
   dba ROCCAPULCO

9

                    UNITED STATES DISCTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  CV08-5468 CW |
| Plaintiff, | **STIPULATION TO CONTINUE ADR SESSION DEADLINE;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPUCLO; and 1 PRODUCTION SF, LLC, an unknown entity dba ROCCAPUCLO, | |
| Defendants. | |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPULCO, and 1 PRODUCTION SF, LLC, hereby STIPULATE to the ADR session deadline being continued for thirty (30) days.

The parties mutually request a continuation of the ADR deadline as counsel and the parties were unavailable for the dates provided.

///

///

FA841142.doc                                    STIPULATION TO CONTINUE ADR DEADLINE
                                                CASE NO. CV08-5468 CW

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

IT IS SO STIPULATED.

Dated: September 9, 2009                    LAW OFFICES OF THOMAS P. RILEY

By: /s/ Thomas P. Riley
    THOMAS P. RILEY
    Attorneys for Plaintiff

Dated: September 8, 2009                    TINGLEY PIONTKOWSKI LLP

By: /s/ Bruce C. Piontkowski
    BRUCE C. PIONTKOWSKI
    Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /s/ within this e-filed document.

Dated: September 8, 2009                    TINGLEY PIONTKOWSKI LLP

By: /s/ Bruce C. Piontkowski
    BRUCE C. PIONTKOWSKI
    Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that the deadline to conduct the ADR session be continued for thirty (30) days. The ADR session must occur no later than October 21, 2009.

IT IS SO ORDERED.

Dated: September 14, 2009

_____
Claudia Wilken
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED.
/s/ Claudia Wilken
Judge Claudia Wilken

FA841142.doc                    - 2 -                    STIPULATION TO CONTINUE ADR DEADLINE
    CASE NO. CV08-5468 CW