1  CURTIS R. TINGLEY (SBN112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:    (408) 283-7010

7  Attorneys for Defendants HECTOR ANTONIO
   ORELLANA and OSCAR A. ORELLANA, individually
8  and dba ROCCAPULCO; 1 PRODUCTION SF, LLC,
   dba ROCCAPULCO

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV08-5468 CW |
| Plaintiff, | **STIPULATION TO CONTINUE ADR SESSION DEADLINE; ORDER** |
| v. | |
| HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPUCLO; and 1 PRODUCTION SF, LLC, an unknown entity dba ROCCAPUCLO, | |
| Defendants. | |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPULCO, and 1 PRODUCTION SF, LLC, hereby STIPULATE to the ADR session deadline being continued to December 31, 2009.

The parties mutually request a continuation of the ADR deadline as counsel and the parties were unavailable for the dates provided.

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 20, 2009          LAW OFFICES OF THOMAS P. RILEY


                                 By: /s/ Thomas P. Riley
                                     THOMAS P. RILEY
                                     Attorneys for Plaintiff


Dated: October 20, 2009          TINGLEY PIONTKOWSKI LLP


                                 By: /s/ Bruce C. Piontkowski
                                     BRUCE C. PIONTKOWSKI
                                     Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /s/ within this e-filed document.

Dated: October 20, 2009          TINGLEY PIONTKOWSKI LLP


                                 By: /s/ Bruce C. Piontkowski
                                     BRUCE C. PIONTKOWSKI
                                     Attorneys for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the deadline to conduct the ADR session be continued from October 21, 2009, and the ADR session must occur no later than December 31, 2009.

IT IS SO ORDERED.

Dated: October  21 , 2009        _____
                                 Honorable Claudia Wilken
                                 U.S. DISTRICT COURT JUDGE