CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:     (408) 283-7010

Attorneys for Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPULCO; 1 PRODUCTION SF, LLC, dba ROCCAPULCO

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  CV08-5468 CW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ADR SESSION DEADLINE; ORDER** |
| v. | |
| HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPUCLO; and 1 PRODUCTION SF, LLC, an unknown entity dba ROCCAPUCLO, | |
| Defendants. | |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and dba ROCCAPULCO, and 1 PRODUCTION SF, LLC, hereby STIPULATE to the ADR session deadline being continued to December 31, 2009.

The parties mutually request a continuation of the ADR deadline as counsel and the parties were unavailable for the dates provided.

/ / /

/ / /

FF14BFDE.doc                                                                       **STIPULATION TO CONTINUE ADR DEADLINE**
                                                                                                         **CASE NO. CV08-5468 CW**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

IT IS SO STIPULATED.

Dated: October 20, 2009              LAW OFFICES OF THOMAS P. RILEY

                                     By: /s/ Thomas P. Riley
                                         THOMAS P. RILEY
                                         Attorneys for Plaintiff


Dated: October 20, 2009              TINGLEY PIONTKOWSKI LLP

                                     By: /s/ Bruce C. Piontkowski
                                         BRUCE C. PIONTKOWSKI
                                         Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /s/ within this e-filed document.

Dated: October 20, 2009              TINGLEY PIONTKOWSKI LLP

                                     By: /s/ Bruce C. Piontkowski
                                         BRUCE C. PIONTKOWSKI
                                         Attorneys for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the deadline to conduct the ADR session be continued from October 21, 2009, and the ADR session must occur no later than December 31, 2009.

IT IS SO ORDERED.

Dated: October  21 , 2009            _____
                                     Honorable Claudia Wilken
                                     U.S. DISTRICT COURT JUDGE