**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 4:08-cv-05468-CW** |
| Plaintiff, | **STIPULATION TO CONTINUE ADR DEADLINE; and ORDER** |
| vs. | |
| **HECTOR ANTONIO ORELLANA, et al.** | |
| Defendants. | |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Hector Antonio Orellana, Oscar A. Orellana, and 1 Production SF, LLC hereby agree, stipulate, and respectfully request that this Honorable Court continue the ADR deadline in the above-entitled action from December 31, 2010 to March 31, 2010.

The brief extension of time to continue the ADR deadline is mutually requested by the Parties for the following reasons:

///

///

///

**STIPULATION TO CONTINUE ADR DEADLINE; and ORDER (Proposed)**
**CASE NO. 4:08-cv-05468 CW**
**PAGE 1**

1. Plaintiff's counsel and defense counsel have been working together and actively discussing resolving this lawsuit short of trial. Counsel for the Parties are most confident that they will be able to reach a settlement of all claims involved in this action independent of any intervention that may be necessary by this Honorable Court.

2. In the unlikely event that the Parties' attempts to reach a settlement are unsuccessful, Plaintiff's counsel and defense counsel are working together to reset depositions for mutually convenient dates later this month. The Parties believe that for any ADR to be successful, the depositions contemplated would need to be conducted as they will reach core issues central to the Parties' legal positions at this time.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court continue the ADR deadline in this action pursuant to the Proposed Order attached hereto.

Respectfully submitted,

Dated: February 10, 2010    */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: February___, 2010
**TINGLEY, PIONTKOWSKI, LLP**
By: Bruce C. Piontkowski
Attorneys for Defendants
Hector Antonio Orellana, Oscar A. Orellana
and 1 Production SF, LLC

///

///

///

# ORDER

**IT IS HEREBY** ordered that the ADR deadline in the above-entitled action is hereby continued from December 31, 2010 to March 31, 2010.

**IT IS SO ORDERED**:

_____  Dated: 2/12/10

**Honorable Claudia Wilken**
**United States District Court**
**Northern District of California**

**STIPULATION TO CONTINUE ADR DEADLINE; and ORDER (Proposed)**
**CASE NO. 4:08-cv-05468 CW**
**PAGE 3**